EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Hans S. Perl Matanzo | 2017 TSPR 132<br><br>198 DPR ____ |

Número del Caso: TS-15,211


Fecha: 14 de julio de 2017


Abogada de la parte peticionaria:

      Por derecho propio


Programa de Educación Jurídica Continua:

      Lcdo. José Ignacio Campos Pérez
      Director



Materia:   Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Hans S. Perl Matanzo                    TS-15,211




                            RESOLUCIÓN

San Juan, Puerto Rico, a 14 de julio de 2017.

        Examinada la *Moción de Abogado Inactivo Solicitando Cambio de Estatus a Abogado Activo en el Registro Único de Abogados y Abogadas de Puerto Rico*, presentada por el Sr. Hans S. Perl Matanzo, así como la *Moción en Cumplimiento de Resolución* y la *Moción Suplementaria*, presentadas por el Programa de Educación Jurídica Continua del Tribunal Supremo, se provee ha lugar a la readmisión.

        Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado Perl Matanzo actualizar su información de contacto en el RÚA.

        Publíquese.

        Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                        Juan Ernesto Dávila Rivera
                        Secretario del Tribunal Supremo